**Fill in this information to identify the case:**

Debtor name: **X Fusion, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known):

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Unit**<br>**P. O. Box 7346**<br>**Philadelphia, PA 19101**<br><br>Date or dates debt was incurred<br>**2019**<br><br>Last 4 digits of account number **2612**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Taxes owed for 2019**<br><br>Is the claim subject to offset?<br>☐ No<br>■ Yes | **$10,292.00** | **$10,292.00** |
| 2.2 | Priority creditor's name and mailing address<br>**Louisiana Department of Revenue**<br>**Collection Division/Bankruptcy Section**<br>**PO Box 66658**<br>**Baton Rouge, LA 70896-9988**<br><br>Date or dates debt was incurred<br>**2018 & 2019**<br><br>Last 4 digits of account number **1300**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**State of Louisiana Taxes Due**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$14,925.94** | **$14,925.94** |

| Debtor | X Fusion, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.3** Priority creditor's name and mailing address
**St. Tammany Parish Tax Collector**
**c/o Margaret H. Kern**
**Jones, Fussell**
**Post Office Box 1810**
**Covington, LA 70434**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,099.92     $10,099.92

Date or dates debt was incurred
**2018**

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number **0140**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
**Barr Credit Services/Coastal Env. Serv**
**5151 E. Broadway Boulevard, Suite 800**
**Mountain Grove, MO 65711**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$445.00

Date(s) debt was incurred **2020**
Last 4 digits of account number **2048**

Basis for the claim: **Trash Service**

Is the claim subject to offset?  ■ No   ☐ Yes

**3.2** Nonpriority creditor's name and mailing address
**Brinks Home Security**
**Dept. CH 8628**
**Palatine, IL 60055**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$121.48

Date(s) debt was incurred **2020**
Last 4 digits of account number **2360**

Basis for the claim: **Security**

Is the claim subject to offset?  ■ No   ☐ Yes

**3.3** Nonpriority creditor's name and mailing address
**Certegy Payment Solutions, LLC**
**a/k/a Complete Payment Recovery**
**P. O. Box 30272**
**Tampa, FL 33630**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$102.00

Date(s) debt was incurred **2020**
Last 4 digits of account number **6748**

Basis for the claim: **Payment Recovery Services**

Is the claim subject to offset?  ■ No   ☐ Yes

**3.4** Nonpriority creditor's name and mailing address
**City of Covington**
**Post Office Box 4057**
**Covington, LA 70434**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$393.21

Date(s) debt was incurred **2020**
Last 4 digits of account number **1455**

Basis for the claim: **Utilities**

Is the claim subject to offset?  ■ No   ☐ Yes

**3.5** Nonpriority creditor's name and mailing address
**Cleco Power, LLC**
**P. O. Box 660228**
**Dallas, TX 75266-0228**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$291.84

Date(s) debt was incurred **2020**
Last 4 digits of account number **0116**

Basis for the claim: **Utilities**

Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor   **X Fusion, LLC**                                         Case number (if known)
         Name

| | | |
|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Cleco Power, LLC**<br>**P. O. Box 660228**<br>**Dallas, TX 75266-0228**<br><br>Date(s) debt was incurred  **2020**<br>Last 4 digits of account number  **0348** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Utilities**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $201.51 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Clicklease, LLC**<br>**1182 W 2400 S, Suite A**<br>**Salt Lake City, UT 84119-8510**<br><br>Date(s) debt was incurred  **2019**<br>Last 4 digits of account number  **3095** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Business Line of Credit**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $4,776.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Fidelity Bank**<br>**3829 Veterans Boulevard**<br>**Metairie, LA 70002**<br><br>Date(s) debt was incurred  **2020**<br>Last 4 digits of account number  **7106** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Payback Protection Program**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $20,900.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**First Data**<br>**c/o TASQ Technology**<br>**Attention:  Terminal Returns**<br>**1169 Canton Road**<br>**Marietta, GA 30066**<br><br>Date(s) debt was incurred  **2020**<br>Last 4 digits of account number  **2000** | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Credit Card Processing Equipment**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $500.00 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Imperial Advance**<br>**247 W. 36th St., 2nd Floor**<br>**New York, NY 10018**<br><br>Date(s) debt was incurred  **2020**<br>Last 4 digits of account number  **8610** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **IMS Funding, LLC**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $20,000.00 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Lee Road Junior High PTA**<br>**Third Ward Justice Court, Parish of St. Tammany, 73477 Tammy Lane**<br>**Covington, LA 70435**<br><br>Date(s) debt was incurred  **6/22/2020**<br>Last 4 digits of account number  **0293** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **Law Suit**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $2,500.00 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Merchant Services Collections**<br>**6789 Quail Hill Parkway #432**<br>**Irvine, CA 92603**<br><br>Date(s) debt was incurred  **2020**<br>Last 4 digits of account number  **0204** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Fees and Chargeback Collections**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $542.12 |

| Debtor | **X Fusion, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Professional Recover Consultants, Inc.**<br>**Spectrum**<br>**2700 Meridian Parkway, Suite 200**<br>**27713-2204**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **9619** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Spectrum**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $36.74 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Ricky M. Juban**<br>**Real Estate Appraiser**<br>**30684 Wild Iris Way**<br>**Springfield, LA 70462**<br><br>Date(s) debt was incurred  **2020**<br>Last 4 digits of account number  **0014** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Appraisal Invoice**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $850.00 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Schech Properties, Inc.**<br>**c/o Charles Scheck, President**<br>**80440 Hwy 25**<br>**Folsom, LA 70437**<br><br>Date(s) debt was incurred  **April to July, 2020**<br>Last 4 digits of account number  **Blvd** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Lease for Rental of 1455 Collins Boulevard, Covington, Louisiana**<br>**Rent and Late Fees for April, May, June, July 2020**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $23,761.92 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**United Site Services, Inc.**<br>**Diane Rainwater, Collections Specialist**<br>**9486 Louisiana 23**<br>**Belle Chasse, LA 70037**<br><br>Date(s) debt was incurred  **2018**<br>Last 4 digits of account number  **6732** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Business Debt**<br><br>Is the claim subject to offset?   ☐ No   ■ Yes | $1,182.53 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Verizon**<br>**Post Office Box 660108**<br>**Dallas, TX 75266**<br><br>Date(s) debt was incurred  **2020**<br>Last 4 digits of account number  **0001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Telephone Service**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $2,000.00 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**WIX Payments**<br>**500 Terry A Francois Boulevard**<br>**San Francisco, CA 94158**<br><br>Date(s) debt was incurred  **2020**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Chargeback**<br>**Megan Kern**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $145.60 |

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

11/06/20  8:25AM

Debtor   **X Fusion, LLC**
          Name

Case number (if known)

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|   | | Total of claim amounts |
|---|---|---:|
| 5a. Total claims from Part 1 | 5a.   $ | 35,317.86 |
| 5b. Total claims from Part 2 | 5b. + $ | 78,749.95 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.   $ | 114,067.81 |