# United States Bankruptcy Court
## Eastern District of Louisiana

In re: __X Fusion, LLC__

Debtor(s)

Case No. __20-11878__

Chapter __7__

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __November 6, 2020__

__/s/ Adam Paredes__
__Adam Paredes__/__Managing Member__
Signer/Title

.

Adam P. Paredes
1037 Oak Crest Drive
Covington, LA 70435

Barr Credit Services/Coastal Env. Serv
5151 E. Broadway Boulevard, Suite 800
Mountain Grove, MO 65711

Brinks Home Security
Dept. CH 8628
Palatine, IL 60055

Certegy Payment Solutions, LLC
a/k/a Complete Payment Recovery
P. O. Box 30272
Tampa, FL 33630

City of Covington
Post Office Box 4057
Covington, LA 70434

Cleco Power, LLC
P. O. Box 660228
Dallas, TX 75266-0228

Clicklease, LLC
1182 W 2400 S, Suite A
Salt Lake City, UT 84119-8510

Clicklease, LLC
1182 W. 2400 S, Suite A
Salt Lake City, UT 84119-8510

Fidelity Bank
3829 Veterans Boulevard
Metairie, LA 70002

First Data
c/o TASQ Technology
Attention:  Terminal Returns
1169 Canton Road
Marietta, GA 30066

```
First Data
c/o TASQ Technology
Attn:  Terminal Returns
1169 Canton Road
Marietta, GA 30066


Imperial Advance
247 W. 36th St., 2nd Floor
New York, NY 10018


Internal Revenue Service
Centralized Insolvency Unit
P. O. Box  7346
Philadelphia, PA 19101


Lee Road Junior High PTA
Third Ward Justice Court, Parish of St.
Tammany, 73477 Tammy Lane
Covington, LA 70435


Louisiana Department of Revenue
Collection Division/Bankruptcy Section
PO Box 66658
Baton Rouge, LA 70896-9988


Merchant Services Collections
6789 Quail Hill Parkway #432
Irvine, CA 92603


Professional Recover Consultants, Inc.
Spectrum
2700 Meridian Parkway, Suite 200
27713-2204


Ricky M. Juban
Real Estate Appraiser
30684 Wild Iris Way
Springfield, LA 70462


Schech Properties, Inc.
c/o Charles Scheck, President
80440 Hwy 25
Folsom, LA 70437
```

```
St. Tammany Parish Tax Collector
c/o Margaret H. Kern
Jones, Fussell
Post Office Box 1810
Covington, LA 70434


United Site Services, Inc.
Diane Rainwater, Collections Specialist
9486 Louisiana 23
Belle Chasse, LA 70037


Verizon
Post Office Box 660108
Dallas, TX 75266


WIX Payments
500 Terry A Francois Boulevard
San Francisco, CA 94158
```