| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | X Fusion, LLC<br>Name | EIN | 83–2723643 |
| United States Bankruptcy Court | Eastern District of Louisiana | Date case filed for chapter | 7  11/6/20 |
| Case number: 20–11878 Section A Office Code: 2 | | | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline  12/15

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | X Fusion, LLC | |
| 2. | **All other names used in the last 8 years** | dba X Fusion Family Arena | |
| 3. | **Address** | 1037 Oak Crest Drive<br>Covington, LA 70435 | |
| 4. | **Debtor's attorney**<br>Name and address | Phillip K. Wallace<br>4040 Florida Street<br>Suite 203<br>Mandeville, LA 70448 | Contact phone (985) 624–2824 |
| 5. | **Bankruptcy trustee**<br>Name and address | Wilbur J. (Bill) Babin Jr.<br>3027 Ridgelake Drive<br>Metairie, LA 70002 | Contact phone (504) 833–8668 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>Eastern District of Louisiana<br>Hale Boggs Federal Building<br>500 Poydras Street, Suite B–601<br>New Orleans, LA 70130 | Hours open:<br>8:30 – 4:30 Monday – Friday<br><br>Contact phone 504 589–7878<br><br>Date: 11/6/20 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **December 3, 2020 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>At the meeting, the trustee may give oral notice of an intention to abandon estate property.<br>Debtor attorneys will be responsible for verifying both the debtors' photo ID and the debtors? social security number on the record. If you are a pro se debtor who appears by telephone, the trustee may require that you appear at a continued meeting in order to present your proof of identification and social security number and to affirm that you were the one who testified at the telephonic meeting. If you have any questions or concerns, please contact your attorney or the bankruptcy case trustee (see box 5). | Location:<br><br>**Telephone Conference**<br>Trustee:<br><br><br>Wilbur J. (Bill) Babin Jr.<br>Call In Number: 866–707–5051<br>Call In Passcode: 5012318 |
| | **Debtor(s) must inform the court of any change of address as long as this case or any related adversary proceeding is pending. B. R. 4002. Failure to do so may result in dismissal of the case.** | | |
| 8. | **Proof of claim**<br>Please do not file a proof of | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you | |

| | | |
|---|---|---|
| | claim unless you receive a notice to do so. | that you may file a proof of claim and stating the deadline. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **1**

United States Bankruptcy Court

Eastern District of Louisiana

In re:  
    X Fusion, LLC  
        Debtor(s)

Case No. 20-11878-MSG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 053L-2      User: admin      Page 1 of 2  
Date Rcvd: Nov 09, 2020      Form ID: 309C      Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | X Fusion, LLC, 1037 Oak Crest Drive, Covington, LA 70435-9375 |
| smg | + | Collector of Revenue, City of New Orleans, Department of Finance, 1300 Perdido Street, RM 1W15, New Orleans, LA 70112-2128 |
| smg | | U. S. Attorney's Office, Eastern District of Louisiana, 650 Poydras Street, Suite 1600, New Orleans, LA 70130-7212 |
| 3846079 | + | Adam P. Paredes, 1037 Oak Crest Drive, Covington, LA 70435-9375 |
| 3846080 | | Barr Credit Services/Coastal Env. Serv, 5151 E. Broadway Boulevard, Suite 800, Mountain Grove, MO 65711 |
| 3846081 | + | Brinks Home Security, Dept. CH 8628, Palatine, IL 60055-0001 |
| 3846082 | + | Certegy Payment Solutions, LLC, a/k/a Complete Payment Recovery, P. O. Box 30272, Tampa, FL 33630-3272 |
| 3846083 | + | City of Covington, Post Office Box 4057, Covington, LA 70434-4057 |
| 3846084 | | Cleco Power, LLC, P. O. Box 660228, Dallas, TX 75266-0228 |
| 3846085 | | Clicklease, LLC, 1182 W 2400 S, Suite A, Salt Lake City, UT 84119-8510 |
| 3846087 | | Fidelity Bank, 3829 Veterans Boulevard, Metairie, LA 70002 |
| 3846088 | + | First Data, c/o TASQ Technology, Attention: Terminal Returns, 1169 Canton Road, Marietta, GA 30066-6066 |
| 3846090 | #+ | Imperial Advance, 247 W. 36th St., 2nd Floor, New York, NY 10018-0274 |
| 3846092 | + | Lee Road Junior High PTA, Third Ward Justice Court, Parish of St., Tammany, 73477 Tammy Lane, Covington, LA 70435-6471 |
| 3846094 | + | Merchant Services Collections, 6789 Quail Hill Parkway #432, Irvine, CA 92603-4233 |
| 3846095 | ++ | PROFESSIONAL RECOVERY CONSULTANTS INC, 2700 MERIDIAN PARKWAY, SUITE 200, DURHAM NC 27713-2450 address filed with court:, Professional Recover Consultants, Inc., Spectrum, 2700 Meridian Parkway, Suite 200, 27713-2204 |
| 3846096 | + | Ricky M. Juban, Real Estate Appraiser, 30684 Wild Iris Way, Springfield, LA 70462-8166 |
| 3846097 | + | Schech Properties, Inc., c/o Charles Scheck, President, 80440 Hwy 25, Folsom, LA 70437-3012 |
| 3846098 | + | St. Tammany Parish Tax Collector, c/o Margaret H. Kern, Jones, Fussell, Post Office Box 1810, Covington, LA 70434-1810 |
| 3846099 | | United Site Services, Inc., Diane Rainwater, Collections Specialist, 9486 Louisiana 23, Belle Chasse, LA 70037 |
| 3846101 | + | WIX Payments, 500 Terry A Francois Boulevard, San Francisco, CA 94158-2354 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: PhilKWall@aol.com | Nov 09 2020 19:13:00 | Phillip K. Wallace, 4040 Florida Street, Suite 203, Mandeville, LA 70448 |
| tr | + | EDI: BWJBABINJR.COM | Nov 10 2020 00:13:00 | Wilbur J. (Bill) Babin, Jr., 3027 Ridgelake Drive, Metairie, LA 70002-4924 |
| smg | + | Email/Text: bankruptcy_bpc@lwc.la.gov | Nov 09 2020 19:14:00 | Louisiana Workforce Commission, UI Tax Liability and Adjudications, Attn: Bankruptcy Unit, 1001 N. 23rd Street, Baton Rouge, LA 70802-3338 |
| ust | + | Email/Text: ustpregion05.nr.ecf@usdoj.gov | Nov 09 2020 19:14:00 | Office of the U.S. Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130-3238 |
| 3846091 | + | EDI: IRS.COM | Nov 10 2020 00:13:00 | Internal Revenue Service, Centralized Insolvency Unit, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 3846093 | + | EDI: LADOR | Nov 10 2020 00:13:00 | Louisiana Department of Revenue, Collection |

| District/off: 053L-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 09, 2020 | Form ID: 309C | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 3846100 | + EDI: VERIZONCOMB.COM | Nov 10 2020 00:13:00 | Division/Bankruptcy Section, PO Box 66658, Baton Rouge, LA 70896-6658<br>Verizon, Post Office Box 660108, Dallas, TX 75266-0108 | |

TOTAL: 7

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Louisiana Department of Revenue, Collection Division/Bankruptcy Section, P. O. Box 66658, Baton Rouge, LA 70896-6658 |
| 3846086 | * | Clicklease, LLC, 1182 W. 2400 S, Suite A, Salt Lake City, UT 84119-8510 |
| 3846089 | *+ | First Data, c/o TASQ Technology, Attn: Terminal Returns, 1169 Canton Road, Marietta, GA 30066-6066 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2020          Signature:          /s/Joseph Speetjens